OCTOBER 5, 1956

**Reap. Dec. 8682.—**.—*Jacob Sohnen & Sons Feather Co., Inc.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 8592. Motion by plaintiff.

**Reap. Dec. 8683.—**
*Bunge Corporation* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.